## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **MAGISTRATE JUDGE STEVEN L. TISCIONE** |
| **DATE:** | November 10, 2020 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-20-4015 (RRM) |
| **NAME OF CASE(S):** | **MUNOZ V. KAM FUNG WONG INC. ET AL** |
| **FOR PLAINTIFF(S):** | Gottheim |
| **FOR DEFENDANT(S):** | Taubenfeld |
| **NEXT CONFERENCE(S):** | **FEBRUARY 1, 2021 AT 1:00 P.M., BY PHONE** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM INITIAL CONFERENCE:**

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 11/30/20;

Completion of Phase I discovery - 1/11/21;

Deadline for motions to join new parties or amend pleadings - 2/4/21;

First requests for production of documents and interrogatories due by - 2/19/21;

All fact discovery to be completed by 6/4/21;

Final date to take first step in dispositive motion practice - 7/5/21.

A telephone settlement conference will be held on February 1, 2021. Plaintiff shall call in at 1:00 p.m. Defendants will call in at 1:30 p.m. Parties are to submit their respective settlement positions via ex parte electronic filing no later than January 29, 2021. A motion to file ex parte is not required. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**