Privileged Settlement Communication                                                                                                                                                       Subject to  Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hilda Munoz | 3/8/2016 | 10/31/2016 | 34 | 66 | 6 | $ 6.06 | $ 9.09 | $ 9.00 | $ 13.50 | $ 711.00 | $ 400.00 | $ 311.00 | $ 10,574.00 | $ 10,574.00 |
|  | 11/1/2016 | 12/31/2016 | 9 | 84 | 6 | $ 4.76 | $ 7.14 | $ 9.00 | $ 13.50 | $ 954.00 | $ 400.00 | $ 554.00 | $ 4,986.00 | $ 4,986.00 |
|  | 1/1/2017 | 1/14/2017 | 2 | 84 | 6 | $ 5.24 | $ 7.86 | $ 11.00 | $ 16.50 | $ 1,166.00 | $ 440.00 | $ 726.00 | $ 1,452.00 | $ 1,452.00 |
|  | 1/15/2017 | 10/31/2017 | 41 | 66 | 6 | $ 6.67 | $ 10.00 | $ 11.00 | $ 16.50 | $ 869.00 | $ 440.00 | $ 429.00 | $ 17,589.00 | $ 17,589.00 |
|  | 11/1/2017 | 11/30/2017 | 4 | 84 | 6 | $ 5.24 | $ 7.86 | $ 11.00 | $ 16.50 | $ 1,166.00 | $ 440.00 | $ 726.00 | $ 2,904.00 | $ 2,904.00 |
|  | 1/1/2018 | 1/13/2018 | 2 | 84 | 6 | $ 6.90 | $ 10.36 | $ 13.00 | $ 19.50 | $ 1,378.00 | $ 580.00 | $ 798.00 | $ 1,596.00 | $ 1,596.00 |
|  | 1/14/2018 | 10/31/2018 | 41 | 66 | 6 | $ 8.79 | $ 13.18 | $ 13.00 | $ 19.50 | $ 1,027.00 | $ 580.00 | $ 447.00 | $ 18,327.00 | $ 18,327.00 |
|  | 11/1/2018 | 12/31/2018 | 9 | 84 | 6 | $ 6.90 | $ 10.36 | $ 13.00 | $ 19.50 | $ 1,378.00 | $ 580.00 | $ 798.00 | $ 7,182.00 | $ 7,182.00 |
|  | 1/1/2019 | 1/12/2019 | 2 | 84 | 6 | $ 7.74 | $ 11.61 | $ 15.00 | $ 22.50 | $ 1,590.00 | $ 650.00 | $ 940.00 | $ 1,880.00 | $ 1,880.00 |
|  | 1/13/2019 | 10/31/2019 | 42 | 66 | 6 | $ 9.85 | $ 14.77 | $ 15.00 | $ 22.50 | $ 1,185.00 | $ 650.00 | $ 535.00 | $ 22,470.00 | $ 22,470.00 |
|  | 11/1/2019 | 12/31/2019 | 9 | 84 | 6 | $ 7.74 | $ 11.61 | $ 15.00 | $ 22.50 | $ 1,590.00 | $ 650.00 | $ 940.00 | $ 8,460.00 | $ 8,460.00 |
|  | 1/1/2020 | 1/11/2020 | 1 | 84 | 6 | $ 7.74 | $ 11.61 | $ 15.00 | $ 22.50 | $ 1,590.00 | $ 650.00 | $ 940.00 | $ 940.00 | $ 940.00 |
|  | 1/12/2020 | 3/20/2020 | 10 | 66 | 6 | $ 9.85 | $ 14.77 | $ 15.00 | $ 22.50 | $ 1,185.00 | $ 650.00 | $ 535.00 | $ 5,350.00 | $ 5,350.00 |
|  | 4/17/2020 | 6/30/2020 | 11 | 66 | 6 | $ 9.85 | $ 14.77 | $ 15.00 | $ 22.50 | $ 1,185.00 | $ 650.00 | $ 535.00 | $ 5,885.00 | $ 5,885.00 |
|  | 7/1/2020 | 8/3/2020 | 5 | 66 | 2 | $ 9.85 | $ 14.77 | $ 15.00 | $ 22.50 | $ 1,185.00 | $ 650.00 | $ 535.00 | $ 2,675.00 | $ 2,675.00 |
|  |  |  |  |  |  |  |  |  |  |  | TOTAL: | | $ 112,270.00 | $ 112,270.00 |

1 This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2 Plaintiffs reserve the right to correct or amend this chart.
3 This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.

Privileged Settlement Communication                                                                                                                           Subject to  Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Tools of the Trade | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|---|
| Hilda Munoz | 3/8/2016 | 10/31/2016 | $ 1,836.00 | $ 1,836.00 | $ 5,000.00 | $ 5,000.00 | $ 4,354.46 | $ 756.08 | $ - | $ 39,930.54 |
| | 11/1/2016 | 12/31/2016 | $ 486.00 | $ 486.00 | | | $ 1,869.48 | $ 182.22 | | $ 12,995.70 |
| | 1/1/2017 | 1/14/2017 | $ 132.00 | $ 132.00 | | | $ 530.99 | $ 48.27 | | $ 3,747.27 |
| | 1/15/2017 | 10/31/2017 | $ 2,706.00 | $ 2,706.00 | | | $ 5,773.05 | $ 888.16 | | $ 47,251.21 |
| | 11/1/2017 | 11/30/2017 | $ 264.00 | $ 264.00 | | | $ 838.58 | $ 76.23 | | $ 7,250.81 |
| | 1/1/2018 | 1/13/2018 | $ 156.00 | $ 156.00 | | | $ 440.21 | $ 43.03 | | $ 3,987.24 |
| | 1/14/2018 | 10/31/2018 | $ 3,198.00 | $ 3,198.00 | | | $ 4,368.11 | $ 762.22 | | $ 48,180.33 |
| | 11/1/2018 | 12/31/2018 | $ 702.00 | $ 702.00 | | | $ 1,400.10 | $ 136.85 | | $ 17,304.95 |
| | 1/1/2019 | 1/12/2019 | $ 180.00 | $ 180.00 | | | $ 349.58 | $ 33.47 | | $ 4,503.05 |
| | 1/13/2019 | 10/31/2019 | $ 3,780.00 | $ 3,780.00 | | | $ 3,336.03 | $ 561.20 | | $ 56,397.23 |
| | 11/1/2019 | 12/31/2019 | $ 810.00 | $ 810.00 | | | $ 887.84 | $ 85.01 | | $ 19,512.84 |
| | 1/1/2020 | 1/11/2020 | $ 90.00 | $ 90.00 | | | $ 90.30 | $ 8.65 | | $ 2,158.95 |
| | 1/12/2020 | 3/20/2020 | $ 900.00 | $ 900.00 | | | $ 461.20 | $ 77.59 | | $ 13,038.79 |
| | 4/17/2020 | 6/30/2020 | $ 990.00 | $ 990.00 | | | $ 363.66 | $ 61.18 | | $ 14,174.84 |
| | 7/1/2020 | 8/3/2020 | $ 150.00 | $ 150.00 | | | $ 129.35 | $ 7.25 | | $ 5,786.61 |
| | | | $ 16,380.00 | $ 16,380.00 | $ 5,000.00 | $ 5,000.00 | $ 25,192.95 | $ 3,727.41 | $ - | $ 296,220.36 |

| | | |
|---|---|---|
| Filing Date | | 2/21/2018 |
| FLSA | | 2/21/2015 |
| NYLL | | 2/21/2012 |
| Amendment | | 4/9/2011 |
| Today | | 1/29/2021 |