Date: 07/18/2022



# CSM Legal, P.C.

60 E 42nd St, #4510
New York, NEW YORK 10165
United States

Hilda Munoz

## 02490-KamFungWon20

## Munoz

### Services

| Type | Date | Notes | Attorney | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 08/11/2020 | Drted: Drafted and reviewed Complaint | PU | 2.70 | $125.00 | $337.50 |
| Service | 08/12/2020 | Imported Time Entry: reviewed and corrected complaint; contacted client and confirmed the facts with her; sent complaint to IG with instructions as to the next steps in the litigation | MF | 1.70 | $450.00 | $765.00 |
| Service | 08/14/2020 | revi: revised Complaint and reviewed documents client brought in | PU | 1.00 | $125.00 | $125.00 |
| Service | 08/20/2020 | Imported Time Entry: Confirmed with IG that the checks stubs disagree with facts client gave us ; agreed to have a phone conference with client | MF | 0.10 | $450.00 | $45.00 |
| Service | 08/21/2020 | tc: Telephone conference with with client regarding paystubs | MF | 0.80 | $125.00 | $100.00 |
| Service | 08/21/2020 | rev: Reviewed Complaint to match info on paystubs | MF | 1.30 | $125.00 | $162.50 |
| Service | 08/27/2020 | Imported Time Entry: contacted client and confirmed she had worked a range of hours; worked with IG on the proper language to use in the complaint to describe the hours she worked | MF | 0.60 | $450.00 | $270.00 |
| Service | 08/27/2020 | rev: Reviewed client's dociuments, organized and scanned them in, then made changes to the complaint based on the | PU | 2.00 | $125.00 | $250.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | paystubs provided | | | | |
| Service | 08/27/2020 | tc: Telephone conference with with client regarding hours and pay | PU | 0.50 | $125.00 | $62.50 |
| Service | 08/28/2020 | Imported Time Entry: Reviewed complaint filed in court; directed staff to update case chart ; filed notice in the proper folder for future reference | MF | 0.30 | $450.00 | $135.00 |
| Service | 08/28/2020 | Imported Time Entry: Reviewed court notice of appearance of plaintiff's counsel ; directed staff to update case chart ; filed order in the proper folder for future reference | MF | 0.30 | $450.00 | $135.00 |
| Service | 08/28/2020 | prp: Prepared Civil Cover Sheet, Summons and Complaint and filed in EDNY | PU | 1.00 | $125.00 | $125.00 |
| Service | 08/31/2020 | Imported Time Entry: reviewed complaint filed in court; directed staff to update case chart ; filed notice in the proper folder for future reference | MF | 0.30 | $450.00 | $135.00 |
| Service | 08/31/2020 | Imported Time Entry: reviewed court notice of plaintiff's counsel appearance; directed staff to update case chart | MF | 0.30 | $450.00 | $135.00 |
| Service | 08/31/2020 | Imported Time Entry: reviewed court notice of defendants demanding documents from plaintiffs; directed staff to update case chart | MF | 0.30 | $450.00 | $135.00 |
| Service | 08/31/2020 | Imported Time Entry: reviewed court notice assigning the judge and magistrate to the case; directed staff to update case chart ; filed notice in the proper folder for future reference.3 murray hill diner 2020: reviewed court order referring case to mediation | MF | 0.30 | $450.00 | $135.00 |
| Service | 08/31/2020 | Imported Time Entry: reviewed court notice making parties aware that under Rule 73.1 they can allow magistrate to handle the case in its entirety ; directed staff to update case chart | MF | 0.30 | $450.00 | $135.00 |
| Service | 09/01/2020 | Imported Time Entry: Preparing summonses and sending out for service | PU | 0.40 | $150.00 | $60.00 |
| Service | 09/02/2020 | tc: Telephone conference with with client regarding whether case was filed or not | PU | 0.20 | $125.00 | $25.00 |
| Service | 09/04/2020 | Imported Time Entry: Drafting Damages Chart | PU | 1.00 | $150.00 | $150.00 |
| Service | 09/14/2020 | Imported Time Entry: Call with client regarding Defendants reaching outside counsel to her | PU | 0.30 | $125.00 | $37.50 |

| Service | 09/18/2020 | Imported Time Entry: had telephone conference with oc and agreed to give him 30 days to respond; sent email to JG directing him to respond to oc | MF | 0.20 | $450.00 | $90.00 |
| --- | --- | --- | --- | --- | --- | --- |
| Service | 09/18/2020 | Imported Time Entry: reviewed stips exchanged in the emails between oc and JG | MF | 0.20 | $450.00 | $90.00 |
| Service | 09/21/2020 | Imported Time Entry: Call with cient for case update | PU | 0.40 | $125.00 | $50.00 |
| Service | 09/29/2020 | Imported Time Entry: Call with client regarding case status | PU | 0.10 | $125.00 | $12.50 |
| Service | 10/06/2020 | Imported Time Entry: reviewed affidavits of service filed in court; directed staff to update case chart ; filed affidavits in the proper folder for future reference reviewed affidavits of service filed in court; directed staff to update case chart ; filed affidavits in the proper folder for future reference | MF | 0.30 | $450.00 | $135.00 |
| Service | 10/06/2020 | Imported Time Entry: reviewed court order from magistrate scheduling initial conference via phone and requiring parties to complete scheduling form ; directed staff to update case chart ; filed magistrate'S report in the proper folder for future reference | MF | 0.30 | $450.00 | $135.00 |
| Service | 10/06/2020 | Imported Time Entry: Filed Affidavit of Service on Defendant corp. and individual defendants | PU | 0.50 | $125.00 | $62.50 |
| Service | 10/07/2020 | Imported Time Entry: Calendared bounces from the court, emailed JG about filling out Discovery Plan Worksheet for Judge Tiscione | PU | 0.30 | $125.00 | $37.50 |
| Service | 10/21/2020 | Imported Time Entry: reviewed court notices of appearance of defendants' counsel s; directed staff to update case chart ; filed notices in the proper folder for future reference | MF | 0.40 | $450.00 | $180.00 |
| Service | 10/22/2020 | rev: Reviewed Defendants' request for an extension of time to file answer to our complaint; directed staff to update case chart; filed notice in the proper folder for future reference | MF | 0.30 | $450.00 | $135.00 |
| Service | 10/22/2020 | tc: Telephone conference with with client and IG updated the client on the status of the case | MF | 0.20 | $450.00 | $90.00 |
| Service | 10/22/2020 | rev: Reviewed court order granting | MF | 0.30 | $450.00 | $135.00 |

|  |  | Defendants' request for an extension of time to file answer to our complaint; directed staff to update case chart; filed notice in the proper folder for future reference |  |  |  |  |
|---|---|---|---|---|---|---|
| Service | 10/23/2020 | Imported Time Entry: Phone call with client to update her | PU | 0.20 | $125.00 | $25.00 |
| Service | 11/02/2020 | Imported Time Entry: reviewed answer to complaint and corporate disclosure filed by defendants in court; directed staff to respond to motion and update case chart ; filed notice in the proper folder for future reference | MF | 0.40 | $450.00 | $180.00 |
| Service | 11/05/2020 | Imported Time Entry: Call with client to update on the case | PU | 0.30 | $125.00 | $37.50 |
| Service | 11/05/2020 | rev: Reviewed plaintiffs' motion seeking permission to appear remotely at the conference; directed staff to update case chart ; filed order in the proper folder for future reference | MF | 0.30 | $450.00 | $135.00 |
| Service | 11/10/2020 | Imported Time Entry: reviewed proposed scheduling order filed in court; directed staff to update case chart; filed report in the proper folder for future reference | MF | 0.30 | $450.00 | $135.00 |
| Service | 11/16/2020 | Imported Time Entry: reviewed magistrate's report that initial case management conference occurred; directed staff to update case chart ; filed magistrate'S report in the proper folder for future reference | MF | 0.30 | $450.00 | $135.00 |
| Service | 11/16/2020 | Imported Time Entry: Call with client regarding case update | PU | 0.50 | $125.00 | $62.50 |
| Service | 11/17/2020 | Imported Time Entry: Call with client regarding case update | PU | 0.60 | $125.00 | $75.00 |
| Service | 12/14/2020 | Imported Time Entry: Phone call with client regarding adding possible client | PU | 0.20 | $125.00 | $25.00 |
| Service | 12/28/2020 | Imported Time Entry: Reviewing case status memo | PU | 0.10 | $125.00 | $12.50 |
| Service | 12/29/2020 | Imported Time Entry: Call with MF and JG to discuss status of case and discuss next steps | PU | 0.10 | $125.00 | $12.50 |
| Service | 01/04/2021 | Imported Time Entry: Reviewing case file and updating status | CS | 0.10 | $350.00 | $35.00 |
| Service | 01/06/2021 | Imported Time Entry: Call with MF and JG to discuss status of case and discuss next steps | CS | 0.10 | $350.00 | $35.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 01/11/2021 | Imported Time Entry: Reviewing and docketing OC emails re serving discovery | CS | 1.00 | $350.00 | $350.00 |
| Service | 01/11/2021 | Imported Time Entry: Call with client regarding case update | PU | 0.10 | $125.00 | $12.50 |
| Service | 01/15/2021 | Imported Time Entry: Reviewing time and pay records | CS | 0.20 | $350.00 | $70.00 |
| Service | 01/19/2021 | Imported Time Entry: Reading email from OC re documents | CS | 0.20 | $350.00 | $70.00 |
| Service | 01/21/2021 | Imported Time Entry: Reviewing time and pay records | CS | 0.80 | $350.00 | $280.00 |
| Service | 01/26/2021 | Imported Time Entry: Email from JG re settlement position, calling client, reviewing DE documents | MF | 0.80 | $0.00 | $0.00 |
| Service | 01/26/2021 | Imported Time Entry: Preparing and filing NOA | PU | 0.20 | $125.00 | $25.00 |
| Service | 01/28/2021 | Imported Time Entry: Reviewed net payroll records in preparation for settlement conference | JG | 3.20 | $350.00 | $1,120.00 |
| Service | 03/23/2021 | Imported Time Entry: Called client and went through discovery questions with her | PU | 1.00 | $125.00 | $125.00 |
| Service | 03/23/2021 | Imported Time Entry: Going over interrogatory questions with the client | PU | 1.00 | $125.00 | $125.00 |
| Service | 07/21/2021 | Imported Time Entry: Phone call with client to update her on status of the case | PU | 0.10 | $125.00 | $12.50 |
| Service | 09/15/2021 | Imported Time Entry: Phone call with client regarding status of case | PU | 0.20 | $125.00 | $25.00 |
| Service | 11/11/2021 | Imported Time Entry: Call with client regarding case update | PU | 0.20 | $125.00 | $25.00 |
| Service | 01/31/2022 | Imported Time Entry: Call with client regarding case update | PU | 0.10 | $125.00 | $12.50 |
| Service | 02/08/2022 | Imported Time Entry: Call for case status update | PU | 0.60 | $125.00 | $75.00 |
| Service | 02/23/2022 | Imported Time Entry: Translating for the client on a call | PU | 0.30 | $125.00 | $37.50 |
| Service | 02/23/2022 | Imported Time Entry: On call with client re: case update | JB | 0.30 | $350.00 | $105.00 |
| Service | 03/14/2022 | Imported Time Entry: Calll with client regarding case update | PU | 0.10 | $125.00 | $12.50 |
| Service | 04/11/2022 | Imported Time Entry: Call with Client | PU | 0.10 | $125.00 | $12.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 04/18/2022 | Imported Time Entry: Calling the client with case update | PU | 0.10 | $125.00 | $12.50 |
| Service | 07/18/2022 | Speaking to client regarding the case | PL | 0.17 | $125.00 | $21.25 |
| Service | 07/18/2022 | Drafting settlement agreement | JB | 0.50 | $350.00 | $175.00 |
| Service | 07/18/2022 | Attending conference | JB | 0.25 | $350.00 | $87.50 |
| Service | 07/18/2022 | Settlement negotiations | JB | 1.00 | $350.00 | $350.00 |
| | | | | **Services Subtotal** | | **$8,658.75** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 09/01/2020 | Filing Fee | 1.00 | $402.00 | $402.00 |
| Expense | 10/06/2020 | Service on Am Le Chang | 1.00 | $50.00 | $50.00 |
| Expense | 10/06/2020 | Service on Kam Fung Won Inc. | 1.00 | $65.00 | $65.00 |
| Expense | 10/06/2020 | Service on Michelle Doe | 1.00 | $50.00 | $50.00 |
| Expense | 12/06/2021 | Mediator's Fee for initial mediation session Resp Lawyer: MF | 1.00 | $300.00 | $300.00 |
| | | | **Expenses Subtotal** | | **$867.00** |
| | | | **Subtotal** | | **$9,525.75** |
| | | | **Total** | | **$9,525.75** |