**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HILDA MUNOZ, *individually and on behalf of others similarly situated,* | Docket No.: 2:20-cv-04015-LGD |
| *Plaintiff,* | **STIPULATION OF** <br> **DISMISSAL WITH PREJUDICE** |
| -against- | |
| KAM FUNG WONG, INC. (D/B/A KAM FUNG WONG, INC.), AM LE CHANG, and MICHELLE DOE, | |
| *Defendants.* | |

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as attorneys for all of the parties to the above captioned action that, whereas no party is a minor or incompetent for whom a guardian or conservator has been appointed, and whereas the said action has been settled ad compromised following court approval, that the said action be, and the same hereby is, dismissed, with prejudice, as to all parties, without costs, disbursements or professional fees. The Court shall retain jurisdiction over this matter solely for purposes of enforcement of settlement.

| | |
|---|---|
| CSM LEGAL, P.C. | TURCK LAW, P.C. |
| By: | By: |
|  */s/Jarret T. Bodo* <br>  Jarret T. Bodo, Esq. <br>  60 East 42nd Street, Suite, 4510 <br>  New York, New York 10165 <br>  (212) 317-1200 <br>  jarret@csm-legal.com <br>  *Attorneys for Plaintiff* |  */s/Shawn A. Turck* <br>  Shawn A. Turck, Esq. <br>  225 Broadway, Suite 1901 <br>  New York, New York 10007 <br>  (212) 227-2030 <br>  shawn@turcklaw.com <br>  *Attorneys for Defendants* |